963 A.2d 905

**Edward H. SATERSTAD, Petitioner**

v.

**Kevin STOVER, Kelly Stover, Henry Klugh and Mark Amway, Respondents.**

Supreme Court of Pennsylvania.

Jan. 6, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 6th day of January, 2009, the Application for Leave to File a Reply Brief and the Petition for Allowance of Appeal are hereby **DENIED.**